UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20146-CIV-MORENO

PURE FRESH LLC, a Florida Limited Liability
Corp., DAVALAN SALES, INC., Intervenor

    Plaintiffs,

vs.

GROWERS UNLIMITED, INC., a Florida Corp.,
JOSE J. RUANO, individually,

    Defendants.
_____/



## DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Pure Fresh LLC., Motion for Clerks Entry of Default **(D.E. No. 12)**, filed on **March 3, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendants **Growers Unlimited, Inc.** and **Jose J. Ruano** for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that Default Judgment is **ENTERED against Defendants Growers Unlimited, Inc. and Jose J. Ruano**. Judgment is hereby entered in favor of Plaintiff PURE FRESH LLC, a Florida Limited Liability Corp., and Plaintiff Intervenor DAVALAN SALES, INC. and against Defendants GROWERS UNLIMITED, INC., a Florida Corp., and JOSE J. RUANO,

individually. It is further

**ADJUDGED** that each Plaintiff shall file an affidavit and a proposed order with the Court by no later than **April 9, 2010** indicating damages and any equitable relief Plaintiffs seek against Defendants.

DONE AND ORDERED in Chambers at Miami, Florida, this _5_ day of March, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record