IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PURE FRESH LLC, a Florida Limited
Liability Corporation,

    Plaintiff,                                      CASE NO. 1:10-cv-20146-FAM

GROWERS UNLIMITED, INC., a Florida
Corporation, and JOSE J. RUANO,
Individually,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court upon Plaintiff Pure Fresh LLC's Affidavits in support of its claim for damages and Plaintiff's Motion for Attorney's Fees and Costs. The Court after due consideration, it is

ORDERED AND ADJUDGED, as follows:

Judgment is entered against Defendants Growers Unlimited, Inc. and Jose J. Ruano jointly and severally in the amount of $38,070.50 plus pre-judgment interest and post-judgment interest at the federal statutory rate.

That Plaintiff's motion for attorney's fees be and the same is hereby GRANTED. Pure Fresh does have and recover from Defendants Growers Unlimited, Inc. and Jose J. Ruano, jointly and severally, the sum of $11,421.15.

Plaintiff does have and recover from Defendants Growers Unlimited, Inc. and Jose J. Ruano, jointly and severally, the sum of $560.00 for costs incurred in this matter, for all of which let execution enter.

DONE AND ORDERED in Chambers at Miami, Florida on this the 5th day of April, 2010.

_____
HON. FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE