UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-20146-CIV-MORENO

PURE FRESH LLC, a Florida Limited Liability
Corp.,

    Plaintiff

DAVALAN SALES, INC.,

    Intervenor,

vs.

GROWERS UNLIMITED, INC., a Florida Corp.,
JOSE J. RUANO, individually,

    Defendants.
_____/

## ORDER GRANTING MOTION FOR ISSUANCE OF CONTINUING WRIT OF GARNISHMENT OF WAGES AFTER JUDGMENT AGAINST SALARY OR WAGES

THIS CAUSE came before the Court upon Plaintiff Pure Fresh's Motion for Issuance of Continuing Writ of Garnishment after Judgment Against Salary or Wages **(D.E. No. 21)**, filed on **June 9, 2010**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Therefore it is the Order of this Court that garnishee Sunrise Sales International Corp., located at 7741 NW 7th Street, Unit 514, Miami, FL 33126, as employer of Defendant Jose. J. Ruano the judgment debtor, will issue periodic payments of a portion of the salary or wages of the judgment debtor, Defendant Jose J. Ruano, as the salary or wages become due until the judgment in the amount of $38,070.50 plus interest and $11,981.15

for attorneys' fees and costs is satisfied. It is further,

**ADJUDGED** that the judgment debtor's employer, Sunrise Sales International Corp., may collect up to $5 against the salary or wages of the judgment debtor to reimburse the employer for administrative costs for the first deduction from the judgment debtor's salary or wages and up to $2 for each deduction thereafter as outlined in Florida Statute Section 77.0305 (2003).

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of July, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record